UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Secured Creditor*

In re:

Irene Hempel

                                        Debtor.

**Order Filed on March 3, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 13

Case No. 16-32399-CMG

Judge Christine M. Gravelle

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 3, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:              Irene Hempel
Case No.:            16-32399-CMG
Caption of Order:    **CONSENT ORDER RESOLVING CERTIFICATION OF
                     DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default

("COD") filed by Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National

Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-

Through Certificates, Series 2006-NC2 ("Creditor"), and whereas the Debtor and Creditor seek to

resolve the Motion, it is hereby **ORDERED**:

      1.    The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Movant's interest in the following property: **1321 Radio Road, Little Egg Harbor, New Jersey**

**08087 (**"Property") provided that the Debtor complies with the following:

      a.  The Debtor shall list and actively market the Property for sale at a price to satisfy

all liens on the Property and for a period not to exceed 120 days from the date of

this Order with no extensions permitted; and

      b.  During the 120-day period, the Debtor shall pay Creditor monthly adequate

protection payments in the amount of $1,600.90 each, with the first payment due

on or before March 15, 2021 and thereafter on the first day of each subsequent

month until the expiration of the 120-day period.

      2.    Notwithstanding the above, the automatic stay provided under section 362(a) and

the co-debtor stay provided under section 1301 of the Bankruptcy Code shall be terminated without

further Order of the Court after the expiration of the 120-day period stated in Paragraph 1 above.

      3.    All payments due hereunder shall be sent directly to Creditor at the following

address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO**

**80111**.

4.      The Debtor will be in default under the Consent Order in the event that the Debtor

fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the

Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

5.      Unless the automatic stay and co-debtor stay are already terminated under the terms

of this Order, should the Debtor fail to cure the default within thirty (30) days from the date of

default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to

counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed

under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents

with respect to the Property.

6.      Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be

paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

Joseph Casello, Esq.
Collins, Vella & Casello
2317 Route 34 South, Suite 1A
Manasquan, NJ 08736
*Counsel for Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-32399-CMG |
| Irene J Hempel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Irene J Hempel, 1321 Radio Road, Tuckerton, NJ 08087-1041 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Joseph Casello | on behalf of Debtor Irene J Hempel jcasello@cvclaw.net  jcasello627@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 rsolarz@kmllawgroup.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 03, 2021                            Form ID: pdf903                              Total Noticed: 1
TOTAL: 5