| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Irene J Hempel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1753<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–32399–CMG | | |

# Order of Discharge                                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Irene J Hempel

<u>8/25/21</u>                                                                       **By the court:** <u>Christine M. Gravelle</u>
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-32399-CMG |
| Irene J Hempel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Irene J Hempel, 1321 Radio Road, Tuckerton, NJ 08087-1041 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 516515106 | ++++ | ADVANCED RADIOLOGY SOUTH, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Advanced Radiology South, PO Box 6750, Portsmouth, NH 03802-6750 |
| 516515108 | + | Barron Emergency Physicains, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |
| 516547300 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516515116 | | Health Village Imaging,LLC, PO Box 42965, Philadelphia, PA 19101-2965 |
| 516515119 | | LAB Corp, PO Box 2240, Burlington, NC 27216-2240 |
| 516515122 | + | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 516515123 | | NJ Regional Ear, Nose & Throat Center, 1145 Beacon Avenue, Manahawkin, NJ 08050-2471 |
| 516515125 | | Nrthn Monmouth CNT Med Assoc, PO Box 416693, Boston, MA 02241-6693 |
| 516515126 | | Ocean County Retina, PC, 780 Route 37 West 200, Toms River, NJ 08755 |
| 516515130 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516515129 | + | Specialized Loan Services, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516515131 | | TD Bank, P.O. Box 16027, Lewiston, ME 04243-9513 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516515107 | + | EDI: WFFC.COM | Aug 26 2021 00:23:00 | America's Servicing Company, PO Box 14547, Des Moines, IA 50306-3547 |
| 516688701 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:12 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516515110 | + | EDI: CAPITALONE.COM | Aug 26 2021 00:23:00 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 516515109 | | EDI: CAPITALONE.COM | Aug 26 2021 00:23:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516553226 | | EDI: CAPITALONE.COM | Aug 26 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 16-32399-CMG   Doc 47   Filed 08/27/21   Entered 08/28/21 00:12:34   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 516515111 | + | EDI: CAPITALONE.COM | Aug 26 2021 00:23:00 | Capitol One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516634773 | + | Email/Text: bankruptcy@cavps.com | Aug 25 2021 20:24:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516515112 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 20:33:08 | Credit One Bank, Po Box 60500, City of Industry, CA 91716-0500 |
| 516515113 | | EDI: DIRECTV.COM | Aug 26 2021 00:23:00 | Direct TV, P.O. Box 6550, Englewood, CO 80155-6500 |
| 516744873 | + | EDI: AIS.COM | Aug 26 2021 00:23:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516515114 | + | EDI: BLUESTEM | Aug 26 2021 00:23:00 | Finger Hut, 6509 Flying Cloud Drive, Eden Prairie, MN 55344-3307 |
| 516515115 | + | Email/Text: fggbanko@fgny.com | Aug 25 2021 20:24:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516560194 | + | Email/Text: bankruptcy@hvfcu.org | Aug 25 2021 20:24:00 | Hudson Valley Credit Union, 159 Barnegat Road, Poughkeepsie, NY 12601-5402 |
| 516515117 | + | Email/Text: bankruptcy@hvfcu.org | Aug 25 2021 20:24:00 | Hudson Valley Federal Credit Union, PO Box 1071, Poughkeepsie, NY 12602-1071 |
| 516515118 | | EDI: JEFFERSONCAP.COM | Aug 26 2021 00:23:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 516736556 | | EDI: JEFFERSONCAP.COM | Aug 26 2021 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516515121 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | LVNV Funding, LLC, P.O. Box 740281, Houston, TX 77274-0281 |
| 516637479 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516758857 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | LVNV Funding, LLC its successors and assigns as, assignee of ACL Consumer Loan Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516515120 | + | Email/Text: bk@lendingclub.com | Aug 25 2021 20:24:00 | Lending Club Corp., 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 516764250 | | EDI: PRA.COM | Aug 26 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516764245 | | EDI: PRA.COM | Aug 26 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516515128 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | Resurgent Capital Services, PO Box 10465, Greenville, SC 29603-0465 |
| 516668617 | + | EDI: RMSC.COM | Aug 26 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516515132 | | Truck Loan |
| 516515124 | ##+ | NRC Nations Recovery Center, Inc., 6491 Peachtree Industrial Blvd., Atlanta, GA 30360-2100 |

516515127    ##+    Performance Automotive Finance, 160 West Key Palm Road, Boca Raton, FL 33432-7998

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Joseph Casello | on behalf of Debtor Irene J Hempel jcasello@cvclaw.net  jcasello627@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 rsolarz@kmllawgroup.com |

TOTAL: 5